**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lucien Antonio ROBERTS, a/k/a Lou, Defendant–Appellant.**

No. 15–6476.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Aug. 31, 2015.

Lucien Antonio Roberts, Appellant Pro Se. Amy Elizabeth Cross, Special Assistant United States Attorney, William David Muhr, Assistant United States Attorney, Norfolk, Virginia; Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lucien Antonio Roberts appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roberts*, No. 4:99–cr–00021–RBS–4 (E.D.Va. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*